**DISMISS and Opinion Filed November 1, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00691-CV

### IN THE INTEREST OF R.J.H., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-50112-2021**

## MEMORANDUM OPINION
Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Smith

Appellant's brief in this case is overdue. On September 14, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

230691F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.J.H., A
CHILD

No. 05-23-00691-CV

On Appeal from the 468th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 468-50112-
2021.
Opinion delivered by Justice Smith.
Justices Carlyle and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 1, 2023